JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MORALES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>FCA US, LLC; and DOES 1 through 10, inclusive<br><br>　　　　Defendants. | Case No. 5:23-CV-01157-KK-Ex<br><br>District Judge: Kenly Kiya Kato<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

　　Plaintiff MARTIN MORALES ("Plaintiff") accepted Defendant FCA US, LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on September 25, 2023.

　　Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $79,403.40 pursuant to the terms of the Rule 68 Offer.

　　**IT IS SO ORDERED.**

Date: December 8, 2023

By Noe U. Ponce
Deputy Clerk

1
**JUDGMENT**