# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN MORALES,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>    Defendants. | Case No. 5:23-cv-01157-KK-Ex<br><br>District Judge: Kenly Kiya Kato<br><br>**ORDER** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MARTIN MORALES ("Plaintiff") and Defendant FCA US LLC have agreed FCA US LLC will pay $12,000.00 to resolve Plaintiff's attorneys' fees, costs, and expenses.

Accordingly, the Court hereby enters an ORDER for Defendant to pay Plaintiff $12,000.00 to resolve attorneys' fees, costs, and expenses. Payment is to be made to counsel for Plaintiffs by February 21, 2024. After satisfaction of payment, Plaintiff will dismiss this case with prejudice within 10 business days against all parties.

**IT IS SO ORDERED.**

Date: December 27, 2023

    /s/ Kenly Kato
    Hon. Kenly Kiya Kato
    U.S. District Judge